*Vetrix, LLC v. OnSolve, LLC*
M.D. Fla.

**Exhibit 2 – Claim Chart for U.S. Patent No. 11,438,732**

| Claim | Analysis |
|---|---|
| 1[p] In a network designed to communicate with a plurality of mobile communication devices, a method comprising: | OnSolve, LLC ("OnSolve") performs a method in a network designed to communicate with a plurality of mobile communication devices.  For example, OnSolve's mass notification system ("MNS") is a network-based platform configured to send an "alert as a phone call, SMS, text, email or push notification." <br><br> **How does a Mass Notification System work?** <br><br> Record or type your message, select recipients and push a button – it's that easy to send mass notifications. Your message will be delivered to everyone on your chosen contact list. Send your alert as a phone call, SMS text, email or push notification – all through one user-friendly interface. You can also create a custom or pre-recorded message to be sent immediately or at a later time. <br><br> Source: https://www.onsolve.com/landing/what-is-mass-notification/ |
| establishing, at a first location, communication with at least one alert system; <br><br> obtaining, at said first location, from said alert system, information associated with a condition, said condition being associated with a second location distinct from said first location; | OnSolve, using MNS, establishes, at a first location (*e.g.*, a monitoring station with a device running the MNS application) communication with at least one alert system.  For example, OnSolve's MNS allows "admins to identify weather events potentially impactful to their business continuity needs or employee safety." |

1

*Vetrix, LLC v. OnSolve, LLC*
M.D. Fla.

| Claim | Analysis |
|---|---|
| | **Global Weather**<br><br>Allow admins to identify weather events potentially impactful to their business continuity needs or employee safety. Once an event is detected, admins can either send an alert to a small group of individuals tasked with making the decision on whether to send out the information to a larger population or use pre-defined rules to automatically send an alert when an event occurs. This keeps admins informed of situations they care about in their specific area and lets the automated rules trigger alerts without manual intervention.<br><br>Source: https://onsolve.com/wp-content/uploads/2021/02/OnSolve_Datasheet_The_Path_Forward_v10.pdf<br><br>OnSolve's MNS obtains, at the first location (*i.e.*, on the device running the MNS application), information associated with a condition, said condition being associated with a second location distinct from said first location.  For example, OnSolve's MNS obtains information associated with severe weather incidents at locations other than the first location from the weather alert system. |
| determining, at said first location, a perimeter, said perimeter defined at least in part based on a proximity to said second location, wherein said first location is not located within said perimeter; | OnSolve's MNS determines, at said first location, a perimeter, said perimeter defined at least in based on a proximity to said second location, wherein said first location is not located within said perimeter.  For example, OnSolve's MNS "[u]se[s] real-time location from mobile devices to alert people who are entering a defined area during a particular time." |

2

| Claim | Analysis |
|---|---|
|  |  Source: https://onsolve.com/wp-content/uploads/2021/02/OnSolve_Datasheet_The_Path_Forward_v10.pdf

OnSolve's MNS thus defines, at a first location, a perimeter based on proximity to an incident at a second location. |

| Claim | Analysis |
|---|---|
| obtaining, at said first location, from a first set of mobile communication devices from said plurality of mobile communication devices that are located within said perimeter, location data comprising one or more of global positioning system data, satellite triangulation data, cell tower triangulation data, or access point data, wherein said first set of mobile communication devices is separate from a second set of mobile communication devices from said plurality of mobile communication devices not located within said perimeter;<br><br>identifying, at said first location, based on said location data, said first set of mobile communications devices located within said perimeter; | OnSolve's MNS receives, at said first location, at least global position system data that enables OnSolve's MNS to "[u]se real-time location from mobile devices to alert people who are entering a defined area during a particular time."<br><br><br><br>Source: https://onsolve.com/wp-content/uploads/2021/02/OnSolve_Datasheet_The_Path_Forward_v10.pdf |

4

| Claim | Analysis |
|---|---|
| | In this way, OnSolve's MNS identifies, at said first location, based on said location data, said first set of mobile communications devices located within said perimeter. For example, Onsolve's MNS provides map information on the device at the first location running the MNS application.<br><br>Source: https://onsolve.com/wp-content/uploads/2021/02/OnSolve_Datasheet_The_Path_Forward_v10.pdf<br><br>The map information includes the first set of mobile devices, *i.e.* the devices located within the perimeter. |

| Claim | Analysis |
|---|---|
| | ![map image]<br><br>Source: https://www.prnewswire.com/news-releases/onsolve-announces-onsolve-control-center-to-innovate-how-organizations-manage-uncertainty-301332579.html<br><br>Mobile communication devices within the network that are not within the perimeter constitute a second set of mobile communication devices. |
| providing map information for display at said first location, wherein said map information includes said second location; | OnSolve's MNS provides map information on the device at the first location running the MNS application. |

| Claim | Analysis |
|---|---|
|  | Source: https://www.prnewswire.com/news-releases/onsolve-announces-onsolve-control-center-to-innovate-how-organizations-manage-uncertainty-301332579.html<br><br>The map information includes the second location, *i.e.* the location of the incident. |
| causing one or more of text-based, multimedia-based, image-based, voice-based and video-based push notifications associated with said condition to one or more be communicated to said first set of mobile communication devices located within said perimeter; | OnSolve's MNS causes push notifications associated with the condition to the first set of mobile devices (the mobile devices within the perimeter) via "phone call, SMS, text, email or push notification." |

7

| Claim | Analysis |
|---|---|
|  | **How does a Mass Notification System work?** <br><br> Record or type your message, select recipients and push a button – it's that easy to send mass notifications. Your message will be delivered to everyone on your chosen contact list. Send your alert as a phone call, SMS text, email or push notification – all through one user-friendly interface. You can also create a custom or pre-recorded message to be sent immediately or at a later time. <br><br> Source: https://www.onsolve.com/landing/what-is-mass-notification/ <br><br> OnSolve "is used by thousands of businesses to alert employees to both critical and non-critical events." <br><br> ONSOLVE <br><br> **The Path Forward** <br><br> OnSolve® is used by thousands of businesses to alert employees to both critical and non-critical events. As an OnSolve MIR3® user, you know its power, flexibility and value to your business. You use it to send out emergency alerts, maintain contact with your team during a business disruption, and even just remind your employees about the company picnic. <br><br> https://onsolve.com/wp-Source: content/uploads/2021/02/OnSolve_Datasheet_The_Path_Forward_v10.pdf |

*Vetrix, LLC v. OnSolve, LLC*
M.D. Fla.

| Claim | Analysis |
|---|---|
| | Thus, the push notifications are associated with the emergency condition. |
| after causing said push notifications to be communicated to said first set of mobile communication devices, receiving a detection that at least one mobile communication device from said second set of mobile communication devices has traversed said perimeter; and<br><br>in response to said detecting, causing one or more of text-based, multimedia-based, image-based, voice-based and video-based push notifications associated with said condition to be communicated to said mobile communication device from said second set of mobile communication devices that has traversed said perimeter; | OnSolve's MNS establishes a "geofence" that enables OnSolve's MNS to "[u]se real-time location from mobile devices to alert people who are entering a defined area during a particular time."<br><br>![New Mobile Features - Geofence and Lockbox Secure File Transfer screenshots] |

*Vetrix, LLC v. OnSolve, LLC*
M.D. Fla.

| Claim | Analysis |
|---|---|
| | Source: https://onsolve.com/wp-content/uploads/2021/02/OnSolve_Datasheet_The_Path_Forward_v10.pdf |
| wherein said information associated with a condition is received at said first location from a device other than one of said plurality of mobile communications devices. | As discussed above, the information is received from one or more alert systems that are distinct from the mobile communication devices. |